# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Clive Huntly Beckford						Docket No. 00-00029-001-Erie

### Petition on Supervised Release

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Clive Huntly Beckford, who was placed on supervision by the Honorable Sean J. McLaughlin, sitting in the Court at Erie, Pennsylvania, on the 21st day of May 2002, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $100 special assessment.
- The defendant shall make restitution to National City Bank in the amount of $13,475, and it was ordered to be paid in full immediately.
- The defendant shall pay any financial penalty that remains unpaid at the commencement of the term of supervised release at a rate of 10 percent of his gross monthly earnings.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall be deported if, after notice and hearing pursuant to the Immigration and Naturalization Act, 8 U.S.C § 1228(d)(5), the Attorney General demonstrates by clear and convincing evidence the alien is deportable.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.
- The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

05-21-02:    Bank Fraud; Custody of the Bureau of Prisons for a term of 9 months, with 5 years' supervised release to follow.
10-23-02:    Released from the Bureau of Prisons to an Immigration and Customs Enforcement (ICE) detainer; Currently supervised by U.S. Probation Officer Eric S. Lawson.
02-20-03:    Deported to the United Kingdom.
10-22-07:    Supervision expired.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

      Your Petitioner reports that the five-year term of supervised release expired on October 22, 2007, and that restitution in the amount of $13,450 remains due and owing.

U.S.A. vs. Clive Huntly Beckford
Docket No. 00-CR-00029-001-Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Docket No. 00-00029-001 Erie be allowed to expire nunc pro tunc effective October 22, 2007, with restitution in the amount of $13,450 due and owing and the case be closed.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _____ day of _____, 20 _____ and ordered filed and made a part of the records in the above case. | Executed on _____ November 21, 2007 |
| _____ U.S. District Judge | *Eric S. Lawson signature* Eric S. Lawson U.S. Probation Officer |
|  | *Roselyn Gerson signature* Roselyn Gerson Supervising U.S. Probation Officer |
|  | Place: Pittsburgh, Pennsylvania |